18489.   Driscol v. The State.

Broyles, C. J.   The evidence authorized the verdict, and the motion for a new trial contained the usual general grounds only.

Judgment affirmed.   Luke and Bloodworth, JJ., concur.

Decided December 13, 1927.

Larceny of hog; from Laurens superior court—Judge Camp. September 3, 1927.

Criminal Law, 16 C. J. p. 1217, n. 45.

*E. L. Stephens, Stephens & Kea,* for plaintiff in error.
*Fred Kea, solicitor-general,* contra.